Michael C. Baum (SBN 65158)
Andrew V. Jablon (SBN 199083)
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor, Los Angeles, CA 90067
Telephone: 310-277-8300/ Facsimile: 310-552-3209
mbaum@rpblaw.com / ajablon@rpblaw.com
Attorneys for Plaintiff Fabric Selection, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br><br>KELLWOOD COMPANY, LLC. a Delaware limited liability company; BELK, INC., a Delaware corporation; DILLARD'S, INC., a Delaware corporation; BURLINGTON STORES, INC., a Delaware corporation; VON MAUR, INC., an Illinois corporation; STAGE STORES, INC., a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant(s). | CASE NUMBER<br>2:17-cv-02905-SJO-KS<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________

______________________ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 28, 2017
*Date*

/S/ Michael C. Baum
*Signature of Attorney/Party*
Michael C. Baum, Attorney for Plaintiff

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***



American LegalNet, Inc.
www.FormsWorkFlow.com

resch polster & berger llp

**PROOF OF SERVICE**

**Fabric Selection, Inc. v Kellwood Company, LLC, et al.**
**2:17-cv-02905-SJO-KS**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1840 Century Park East, 17th Floor, Los Angeles, CA 90067.

On April 28, 2017, I served true copies of the following document(s) described as **NOTICE OF DISMISSAL** on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Kellwood Company, LLC<br>13071 Temple Avenue<br>City of Industry, CA 91746 | |
| National Registered Agent<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | Agents for Service of Process for Belk, Inc. |
| Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Agents for Service of Process for Burlington Stores, Inc. |
| The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Agents for Service of Process for Dillard's, Inc. |
| CT Corporation System<br>208 So LaSalle Street, Suite 814<br>Chicago, IL 60604 | Agents for Service of Process for Von Maur, Inc. |
| The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Agents for Service of Process for Stage Stores, Inc. |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Resch Polster & Berger LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this

Court at whose direction the service was made.

Executed on April 28, 2017, at Los Angeles, California.

/s/ *Nazia Rahman*
Nazia Rahman

resch polster & berger llp